**William Jackson NICHOLSON, Petitioner–Appellant,**

**v.**

**Colie L. RUSHTON, Warden; Charles M. Condon, South Carolina Attorney General, Respondents–Appellees.**

No. 02–7530.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

William Jackson Nicholson, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Samuel Creighton Waters, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Jackson Nicholson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for

the reasons stated by the district court that Nicholson has not made a substantial showing of the denial of a constitutional right. *See Nicholson v. Rushton,* No. CA–01–3318–9–19BG (D.S.C. Oct. 1, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*